**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

LAS BRISAS CONDOMINIUM
HOMES CONDOMINIUM
ASSOCIATION, INC.,

      Plaintiff,

v.                                                    Case No.:  2:21-cv-41-SPC-MRM

EMPIRE INDEMNITY
INSURANCE COMPANY,

      Defendant.
_____/

**<u>ORDER</u>**[1]

      Before the Court is Defendant's Response to Order to Show Cause (Doc. 67). The Court directed Defendant to supplement its notice of removal to show the amount in controversy meets the jurisdictional minimum. (Doc. 66). Based on the Response, the Court will take no further action on its Order but notes that subject-matter jurisdiction remains a live issue throughout the case.

      Accordingly, it is now

      **ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The Court will take **no further action** on its Order to Show Cause (Doc. 66).

**DONE** and **ORDERED** in Fort Myers, Florida on November 22, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record