UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAS BRISAS CONDOMINIUM
HOMES CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.                                     Case No.:  2:21-cv-41-KCD

EMPIRE INDEMNITY
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

On February 23, 2023, the Court held oral argument on two pending motions: Plaintiff's Motion to Compel Better Privilege Log (Doc. 166); and Defendant Empire Indemnity Insurance Company's Motion to Set the Amount of Supplemental Discovery Bond (Doc. 171.) Having reviewed the briefings, and for the reasons stated on the record at the hearing, the Court:

    1.    TAKES UNDER ADVISEMENT Plaintiff's Motion to Compel. (Doc. 166.) The Court will issue a written order following an *in camera* inspection of the documents requested from Empire.

    2.    GRANTS IN PART AND DENIES IN PART Empire's Motion to Set the Amount of Supplemental Discovery Bond. Pursuant to Florida Statute § 624.155(5), Plaintiff must post these additional costs of discovery which

Empire has identified: $5,424 in technology fees associated with retrieving, formatting, compiling, and obtaining the claim files; $1,598 to host the files once retrieved; and $4,196 for technical costs associated with converting the files to production format. Empire's motion is denied to the extent it seeks any different or further relief.

**ORDERED** in Fort Myers, Florida this February 23, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record